UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TYRONNE JACKSON

VERSUS

CTB, INC. d/b/a CHORE-TIME EQUIPMENT

CIVIL ACTION

NO. 04-24-JJB-SCR

## J U D G M E N T

This cause came on before the court for trial by jury, the Honorable James J. Brady, presiding, and the jury having rendered it's verdict,

IT IS ORDERED ADJUDGED AND DECREED that judgment be entered herein in favor of CTB, Inc. d/b/a Chore-Time Equipment, and against the plaintiff, Tyronne Jackson.

Baton Rouge, Louisiana, this 15th day of September, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE