UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2009 SEP 30 P 2: 28

TYRONE JACKSON

VERSUS

CTB, INC. d/b/a CHORE-TIME EQUIPMEMT

CIVIL ACTION

NO. 04-24-JJB-SCR

## CORRECTED JUDGMENT

Pursuant to Fed. Rule Civ. P. 60(a), the court hereby corrects the clerical mistakes and omissions noted in defendant's motion (doc. 165) to alter or amend the judgment. Accordingly;

IT IS ORDERED ADJUDGED AND DECREED that judgment be entered in favor of CTB, Inc. d/b/a Chore-Time Equipment and against plaintiff Tyrone Jackson and against intervenors Old Republic Insurance Company and Cal-Maine Foods, Inc.; and the claims of plaintiff and intervenors are hereby DISMISSED with prejudice with costs awarded to defendant.

Baton Rouge, Louisiana, this 30th day of September, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE